**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**
*Plaintiff*

     v.                             **CRIMINAL NO.**  08-398(ADC)

**ORSINI-MARTINEZ ET AL**
*Defendants*

**MOTION TO WITHDRAW**

**TO THE HONORABLE COURT:**

    **COMES NOW**, the United States of America, by and through its undersigned attorneys and respectfully states and prays that Assistant United States Attorney Timothy Henwood is not assigned to the above-mentioned case.

    **WHEREFORE,** the United States of America respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of AUSA Timothy Henwood in the instant case.

    **RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 18th day of August, 2025.

                                      W. Stephen Muldrow
                                      United States Attorney

                                      *s / Timothy R. Henwood*
                                      Timothy R. Henwood – USDC 218608
                                      Assistant U.S. Attorney
                                      Chief, Criminal Division
                                      Torre Chardon, Suite 1201
                                      350 Carlos Chardon Ave.
                                      San Juan, P.R. 00918
                                      Phone: (787)766-5656
                                      e-mail: timothy.henwood@usdoj.gov

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defense counsel.

In San Juan, Puerto Rico, this 18th day of August, 2025.

*s / Timothy R. Henwood*
Timothy R. Henwood
Assistant U.S. Attorney
Chief, Criminal Division
